## IN THE UNITED STATES DICTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA MCLAIN, Surviving Next of Kin of VIRGINIA BURTON, deceased, ) ) ) Plaintiff, ) ) v. ) ) BEST BUY STORES, L.P., d/b/a ) BEST BUY OF OKLAHOMA CITY ) WEST, ) Defendant. ) | CASE NO. CIV-21-1147-R |

## **ORDER**

The matter of Motion to Remand filed by the Plaintiff [Doc. No. 9] comes on for consideration. After reviewing the Plaintiff's Motion to Remand, and Defendant Best Buy Stores, L.P.'s, d/b/a Best Buy of Oklahoma City West ("Best Buy") Response, the Court hereby finds that the Motion to Remand should be, and hereby is, GRANTED.

The Court also finds that the Plaintiff has withdrawn any request for an award of attorney fees and costs, and as a result, no such award will be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this Plaintiff's Motion to Remand is GRANTED, and this matter is hereby remanded to the District Court of Oklahoma County, State of Oklahoma, thereby terminating this proceeding.

IT IS FUTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff withdraws her request for attorney fees and costs, and the request for attorney fees and costs is DENIED as moot.

IT IS SO ORDERED this 20th day of January 2022.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE